# ALABAMA COURT OF CRIMINAL APPEALS



January 9, 2026

**CR-2024-1013**

Gary Thomas Singleton v. State of Alabama (Appeal from Limestone Circuit Court: CC-92-25.69)

## NOTICE

You are hereby notified that on January 9, 2026, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk